ANTHONY LA GUMINA v. CITIZENS CASUALTY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 181 Misc. 180.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (April 28, 1944.)

PETER J. BELIES et al., Appellants, v. PENNSYLVANIA BUILDING, INC., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [180 Misc. 1062.] [See 268 App. Div. 768.]

TITLE GUARANTEE & TRUST COMPANY, as Trustee under Deed of Trust Dated April 4, 1924, Respondent, v. OTTO G. STOFFREGEN et al., Appellants, HERMAN STOFFREGEN et al., Defendants-Respondents, et al., Defendants.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See 268 App. Div. 768.]

NOLA' ARNDT, Appellant, v. EDWIN J. ALTMAN et al., Copartners under the Name of M. B. ALTMAN SONS, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [181 Misc. 887.]

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. AGNES O. HOGAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SAMUEL GARBULSKY, Appellant, v. HARRY GARBULSKY et al., Respondents.— Judgment and order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JACOB M. ZINAMAN, Respondent, v. NATHAN GINSBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JAMES A. O'DAY, Respondent, v. ALEXANDER H. PINCUS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See 268 App. Div. 755.]

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant-Respondent, v. BARCA REALTY CORPORATION, Defendant, CLARA R. GERKEN, Defendant-Respondent, and CORN EXCHANGE BANK TRUST COMPANY et al., Defendants-Appellants.— Judgment unanimously affirmed, with costs to the plaintiff against the defendants-appellants, and with costs to the defendant-respondent against the plaintiff. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See post, p. 984; 268 App. Div. 768.]

B & D MOTOR LINES, INC., Plaintiff, and BEN WEPRINSKY, Plaintiff-Respondent, v. CITIZENS CASUALTY COMPANY OF NEW YORK, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion. [181 Misc. 985.] [See 268 App. Div. 755.]

MARGARET H. LAWSON, Respondent, v. LOFT CANDY CORPORATION, Appellant, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.